**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| BUILDING PLASTICS, INC., | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:25-cv-02660-SHL-cgc |
| | ) | |
| SHERWIN-WILLIAMS COMPANY and | ) | |
| CFL FLOORING, LTD., | ) | |
| | ) | |
|    Defendants. | ) | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR STATUS CONFERENCE**
**AND AMENDED SCHEDULING ORDER**

Before the Court is Plaintiff Building Plastics, Inc.'s ("BPI") Motion for Status Conference and Amended Scheduling Order, filed June 30, 2026.  (ECF No. 56.)  On March 10, BPI amended its complaint to include CFL Flooring, Ltd., as a defendant.  (Id. at PageID 306.) However, CFL denies that it is the manufacturer of the flooring products at issue in this case, and BPI now "has reason to believe the manufacture may be a Chinese company which may necessitate service pursuant to the Hague Service Convention."  (Id. at PageID 307.)  BPI states that this uncertainty has delayed the litigation and thus requests "a status conference to discuss the current status of the case and the entry of an amended Scheduling Order."  (Id.)  Defendant Sherwin-Williams Company does not oppose the relief requested in the Motion, and CFL has not stated a position on the Motion.  (Id. at PageID 308.)

For good cause shown, the Motion is **GRANTED**.  The Court will hold a status conference over Microsoft Teams on Tuesday, August 11, 2026, at 10:00 a.m.

**IT IS SO ORDERED**, this 4th day of August, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE